UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )    No. 19-cr-10081-IT<br>)<br>DONNA HEINEL, WILLIAM               )<br>FERGUSON, AND JOVAN VAVIC,   )<br>)<br>Defendants                          ) | |

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO COURT ORDER**

The United States reports that the government and counsel for Defendant Donna Heinel have conferred further but have unfortunately not narrowed the scope of their scheduling dispute.

Counsel for Defendant Heinel reports that a December 6, 2021 trial date is no longer favored.

For the reasons previously stated, the government asks for relief from the Court's Order with respect to the production of exhibits, and Defendant Heinel requests that the Court not alter its existing order as to production of exhibits by the government.

                                        Respectfully submitted,

                                        NATHANIEL R. MENDELL
                                        Acting United States Attorney

                               By:/s/Kriss Basil
                                        KRISTEN A. KEARNEY
                                        LESLIE A. WRIGHT
                                        KRISS BASIL
                                        Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/Kriss Basil
Kriss Basil
Assistant United States Attorney