UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FERGUSON<br><br>Defendant | No. 19-cr-10081-IT |

### JOINT MOTION TO SEAL

Under Local Rule 7.2, the United States and Defendant William Ferguson respectfully move jointly for leave to file under seal a joint motion and accompanying exhibit for review by the Court. As grounds for this motion, the parties state that the motion and exhibit involve an issue regarding trial of this matter solely with respect to Defendant Ferguson. The parties submit that if the Court grants the motion, then the motion, exhibit and any associated filings may be unsealed, unless the Court should order otherwise.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/Kriss Basil
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
KRISS BASIL
Assistant United States Attorneys

1137384.1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

      /s/Kriss Basil
      KRISS BASIL
      Assistant United States Attorney

Date: September 15, 2021

1137384.1