UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                          )<br>           v.                                        )     No. 19-cr-10081-IT<br>                                                          )<br>WILLIAM FERGUSON                  )<br>           Defendant.                        ) | |

JOINT MOTION FOR CONTINUANCE OF PROCEEDING,
AND EXCLUSION OF DELAY UNDER THE SPEEDY TRIAL ACT, TO PERMIT
DEFENDANT TO DEMONSTRATE GOOD CONDUCT
PURSUANT TO A DEFERRED PROSECUTION AGREEMENT

Under Title 18, United States Code, Sections 3161(h)(2) and 3161(h)(7)(A), the United States and Defendant William Ferguson jointly move this Court (1) to approve the deferral of this prosecution for, and the period of delay associated with, the defendant's entrance into a deferred prosecution agreement (the "DPA"), attached as Exhibit A; and (2) to enter an order continuing this criminal case as to Defendant Ferguson for the term of the deferral outlined below, and excluding the resulting delay from the time within which the trial of the offenses charged in the Second Superseding Indictment must commence. In support of this motion, the parties state as follows:

1.     The defendant has entered into a DPA with the United States. Pursuant to the DPA, the defendant is subject to various conditions, including payment of a fine of $50,000, for a period of twenty-four months, starting from the date that the Court issues the order requested herein.

2.     The United States does not intend to go forward with prosecution of this case provided that the defendant abides by the terms of the DPA. However, if the defendant fails to abide by the conditions of the DPA, the United States will request that this case be returned to

the Court's calendar.  If the defendant complies with the DPA, the United States will move to dismiss the pending charge against Defendant Ferguson in this case.

      3.      Section 3161(h)(2) of Title 18 permits a court to exclude any "period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."  Section 3161(h)(7)(A) permits the exclusion of any delay resulting from a continuance granted by any judge if the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  In this case, a delay of the proceedings will allow the defendant to take responsibility for his conduct, avoid consequences and burdens on third parties, and efficiently resolve the prosecution.

      5.      Accordingly, the parties respectfully request the Court to: (a) approve the deferral of this prosecution and the period of delay associated with pretrial diversion, under 18 U.S.C. § 3161(h)(2); and (b) enter an order directing that any period of delay associated with the DPA be excluded in computing the time within which the trial of the charged offense(s) must commence, under 18 U.S.C. §§ 3161(h)(2) and 3161(h)(7)(A).

      Respectfully submitted,

      NATHANIEL R. MENDELL
      Acting United States Attorney

By:    /s/Kriss Basil
      KRISTEN A. KEARNEY
      LESLIE A. WRIGHT
      KRISS BASIL
      Assistant U. S. Attorneys

WILLIAM FERGUSON,
By his attorney,

/s/Shaun Clarke
Shaun Clarke (*pro hac vice*)
Dane Ball (*pro hac vice*)
Alexander Wolf (MA State Bar # 685374
and Fed. Bar No. 2470631)
SMYSER, KAPLAN & VESELKA, L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
sclarke@skv.com
dball@skv.com
awolf@skv.com

Kearns Davis (*pro hac vice*)
BROOKS PIERCE
2000 Renaissance Plaza
230 N Elm St.
Greensboro, NC  27401
(336) 271-3174 (phone)
(336) 378-1001 (fax)
kdavis@brookspierce.com

**ATTORNEYS FOR DEFENDANT
WILLIAM FERGUSON**