UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DONNA HEINEL, WILLIAM )<br>FERGUSON, AND JOVAN VAVIC, )<br>)<br>Defendants )  | No. 19-cr-10081-IT |

## GOVERNMENT'S MOTION TO SEAL EXHIBIT LIST

The United States respectfully moves for leave to file the Government's Exhibit List under seal. Defense counsel do not oppose this motion. In support of this motion, the government states that the exhibit list contains brief narrative descriptions of the exhibits that include references to the witnesses, persons, children, and the defendants, including in relation to the events pertinent to the ongoing trial in *United States v. Abdelaziz*, 19-cr-10080-NMG; and to uncharged co-conspirators. The government submits that this motion is consistent with the protective order entered by the Court. Accordingly, the government respectfully requests leave to file the complete Exhibit List under seal and to file a copy without the narrative descriptions on the public docket.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/Kriss Basil
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
KRISS BASIL
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                    /s/Kriss Basil  
                                    Kriss Basil  
                                    Assistant United States Attorney