UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FERGUSON<br><br>Defendant | No. 19-cr-10081-IT |

JOINT STATUS REPORT REGARDING DEFERRED PROSECUTION AGREEMENT

The United States and the defendant William Ferguson, through counsel, jointly submit this status report in accordance with this Court's Order of October 12, 2021. *See* ECF 872. The parties report that the defendant has completed the first year of the Deferred Prosecution Agreement ("DPA") (ECF 808-1). The defendant has complied with the terms of the DPA. The defendant further reports that on October 12, 2022 the defendant paid $20,000 toward satisfaction of the fine imposed in the DPA. *See* DPA ¶ 3.

Respectfully submitted,

| | |
|---|---|
| WILLIAM FERGUSON,<br>By his attorney, | RACHAEL S. ROLLINS<br>United States Attorney |
| /s/Shaun Clarke<br>SHAUN CLARKE, ESQ. | By: /s/Kriss Basil<br>KRISS BASIL<br>Assistant U. S. Attorney |

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

      /s/Kriss Basil
      KRISS BASIL
      Assistant United States Attorney

Date: October 12, 2022