UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FERGUSON,<br><br>Defendant | No. 19-cr-10081-IT-10 |

ASSENTED-TO MOTION FOR LEAVE TO
DISMISS SECOND SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the government hereby moves for leave to dismiss the Second Superseding Indictment as to defendant William Ferguson. The proposed dismissal is attached hereto as Exhibit A and is in the interests of justice for the reasons set forth therein. A proposed order is also attached hereto as Exhibit B.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  /s/ Leslie A. Wright
LESLIE A. WRIGHT
KRISS BASIL
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on October 12, 2023 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

/s/ Leslie A. Wright
LESLIE A. WRIGHT
Assistant United States Attorney