UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FERGUSON,<br><br>Defendant | No. 19-cr-10081-IT-10 |

## DISMISSAL OF SECOND SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the Acting United States Attorney for the District of Massachusetts hereby dismisses the Second Superseding Indictment as to defendant William Ferguson. In support of this dismissal, the government states that the deferred prosecution agreement ("DPA"), Dkt. 808-1, provides that, absent a material breach of the agreement by the defendant, the government will move to dismiss the Second Superseding Indictment as to him 24 months after the Court approves the DPA. The Court approved the DPA on or about October 12, 2021, and there has been no material breach of the agreement. *See* Dkt. 872. Accordingly, the dismissal of the Second Superseding Indictment as to the defendant is in the interests of justice.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

STEPHEN E. FRANK
Chief, Securities, Financial & Cyber Fraud Unit
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
KRISS BASIL
Assistant United States Attorneys

10/12/23
Date